JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. TRAFFICANO,<br><br>Petitioner,<br><br>vs.<br><br>ROY A. CASTRO, Warden,<br><br>Respondent. | Case No. CV 06-3233-ODW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 29, 2008

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge